**Kelvin J. MILES, Appellant**

v.

**Muriel BOWSER, et al., Appellees**

**No. 15-7051**
**September Term, 2016**

United States Court of Appeals, District of Columbia Circuit.

Filed: 09/09/2016

BEFORE: Garland *, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard*, and Wilkins, Circuit Judges; Ginsburg, Senior Circuit Judge

## ORDER

Per Curiam

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**FOR THE COURT:**

Mark J. Langer, Clerk

BY:

Ken Meadows Deputy Clerk